UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

**U.S.A. vs. Montez Anterrio Greene**  Docket No. 7:09-CR-150-1BO

**Petition for Action on Supervised Release**

COMES NOW Chip Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Montez Anterrio Greene, who, upon an earlier plea of guilty to Possession With Intent To Distribute a Quantity of Heroin in violation of 21 U.S.C. § 841(a)(1) and Use and Carry of a Firearm During a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on January 5, 2011, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Montez Anterrio Greene was released from custody on October 24, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 22, and March 16, 2015, the defendant tested positive for marijuana. The defendant admits the violations. He is gainfully employed and recently married. It is recommended the violation be addressed by the addition of the drug aftercare and cognitive behavior conditions. He will be placed in the Surprise Urinalysis Program and referred to Moral Reconation Therapy. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Chip Williams |
| Robert L. Thornton | Chip Williams |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: 910-679-2045 |
| | Executed On: May 19, 2015 |

Montez Anterrio Greene
Docket No. 7:09-CR-150-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___18___ day of ___May___, 2015 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge