UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

**U.S.A. vs. Montez Anterrio Greene**   Docket No. 7:09-CR-150-1BO

**Petition for Action on Supervised Release**

COMES NOW Chip Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Montez Anterrio Greene, who, upon an earlier plea of guilty to Possession With Intent To Distribute a Quantity of Heroin in violation of 21 U.S.C. § 841(a)(1), and Use and Carry of a Firearm During a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on January 5, 2011, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Montez Anterrio Greene was released from custody on October 24, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 19, 2015, the court modified the conditions of supervision by adding conditions addressing cognitive behavioral treatment and drug aftercare in response to marijuana use. On July 16 and July 23, 2015, he again tested positive for marijuana. Currently he is participating in Moral Reconation Therapy and the Surprise Urinalysis Program. He is married and is enrolling in community college. To address the latest instance of marijuana use, it is recommended that a 2 day jail sanction be imposed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall serve two (2) days in the custody of the Bureau of prisons as arranged by the U.S. Probation Office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Chip Williams
Chip Williams
U.S. Probation Officer
2 Princess Street Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2045
Executed On: August 14, 2015

Montez Anterrio Greene
Docket No. 7:09-CR-150-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __19__ day of __August__, 2015 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge