UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Montez Anterrio Greene                              Docket No. 7:09-CR-150-1BO

**Petition for Action on Supervised Release**

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Montez Anterrio Greene, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Heroin in violation of 21 U.S.C. § 841(a)(1) and Use and Carry of a Firearm During a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on January 5, 2011, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Montez Anterrio Greene was released from custody on October 24, 2014, at which time the term of supervised release commenced.

On May 19 and August 14, 2015, a Petition for Action on Supervised Release was submitted to the court addressing marijuana use. The defendant was continued on supervision and a drug aftercare condition, participation in a cognitive behavioral program, and 2 days in jail were imposed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the releasee on January 4, 2016, was positive for marijuana. When this officer confronted Greene about illicit drug use, he initially denied same and later admitted that he used marijuana on or about December 25, 2015. As a sanction for this violation conduct, service of 5 days in jail and continued participation in a cognitive behavioral program are recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of five (5) consecutive days. He shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Robert L. Thornton                    /s/ J. Brock Knight
Robert L. Thornton                        J. Brock Knight
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          2 Princess Street, Suite 308
                                          Wilmington, NC 28401-3958
                                          Phone: 910-679-2030
                                          Executed On: January 12, 2016

Montez Anterrio Greene
Docket No. 7:09-CR-150-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __13__ day of __January__, 2016 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge